*Lancaster.*

In the Matter of the review of the Road leading from the south end of *Samuel Morrison's Lane* to the rolling mill of *John Neff & Co.*

*Monday,*
May 26.

APPEAL.

Where it was not stated in the report of reviewers of a public road, that they were all sworn, the proceedings were quashed.

3 SR 210
e 29 SC 578

THIS was an appeal from the Court of Quarter Sessions of *Lancaster* county.

*Buchanan,* took several exceptions to the report made by the reviewers.

*Montgomery,* contra.

PER CURIAM. It does not appear, that the fifth viewer, who did not sign the report, was sworn. The act of assem-

bly of the 1st *March*, 1815, directs, that the viewers shall be sworn, and shall state in their return, that they were sworn. Now, this not being stated, it would be too much for this Court to presume, that the oath was taken. The proceedings must, therefore, be quashed.

Proceedings quashed.

1817.

In the Matter of the review of the Road leading from the south end of Samuel Morrison's Lane to the rolling mill of John Neff & Co.